<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HAROLD M. HOFFMAN, individually and on behalf of those similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>NISSAN-INFINITI LT,<br><br>*Defendant*. | Civil No. 2:19-cv-01046-KSH-CLW<br><br><br><br><br><br><br><br>**ORDER** |

**<u>Katharine S. Hayden, U.S.D.J.</u>**

Upon consideration of defendant's motion to dismiss the second amended complaint (D.E. 22), and for the reasons set forth in the Court's written opinion filed herewith,

**IT IS** on this 1st day of June, 2020, hereby

**ORDERED** that defendant's motion to dismiss the second amended complaint is **GRANTED** and the complaint is dismissed with prejudice.

The Clerk of the Court is directed to close this case.

                                            /s/ Katharine S. Hayden
                                            Katharine S. Hayden, U.S.D.J